UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



――――――――――――――――――――――x

Andrew Grant, PETITIONER

        -against-

MERSCORP HOLDINGS, INC, Bill Beckmann,
Brendon Weiss

――――――――――――――――――――――x

**COMPLAINT**
**JURY TRIAL DEMANDED**

**CV 17-6063**

CHEN, J.

BLOOM, M.J.

Parties:

**Plaintiff: Andrew T, Grant, resides at 200 Shepherd Ave, Brooklyn NY 11208.**

**Defendant: MERSCORP HOLDINGS, INC, 1818 Library St #300, Reston, VA 20190.**

**Defendant: Bill Beckmann, C.E.O., Individual capacity, 1818 Library St #300, Reston, VA 20190.**

**Defendant: Brendon Weiss, Senior Vice President., Individual capacity, 1818 Library St #300, Reston, VA 20190.**

**The Jurisdiction of the Court is invoked pursuant to:**

reedom of Information Act Demand, 5 U.S.C. Sub. Section 552, Public Law No. 110-175, 121 Stat. 2524, and Public Law No. 111-83, Sub section 564, 123 Stat. 2142, 2184.

**42 U.S. Code § 1983 - Civil action for deprivation of rights.**

**Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.**

## 18 U.S. Code § 480 - Possessing counterfeit foreign obligations or securities.

Whoever, within the United States, knowingly and with intent to defraud, possesses or delivers any false, forged, or counterfeit bond, certificate, obligation, security, treasury note, bill, promise to pay, bank note, or bill issued by a bank or corporation of any foreign country, shall be fined under this title or imprisoned not more than 20 years, or both.

## 18 U.S. Code § 495 - Contracts, deeds, and powers of attorney.

Whoever falsely makes, alters, forges, or counterfeits any deed, power of attorney, order, certificate, receipt, contract, or other writing, for the purpose of obtaining or receiving, or of enabling any other person, either directly or indirectly, to obtain or receive from the United States or any officers or agents thereof, any sum of money; or

Whoever utters or publishes as true any such false, forged, altered, or counterfeited writing, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited; or

Whoever transmits to, or presents at any office or officer of the United States, any such writing in support of, or in relation to, any account or claim, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited—

Shall be fined under this title or imprisoned not more than ten years, or both.

## 18 U.S. Code § 514 - Fictitious obligations.

 (a)Whoever, with the intent to defraud—

(1)
draws, prints, processes, produces, publishes, or otherwise makes, or attempts or causes the same, within the United States;

(2)
passes, utters, presents, offers, brokers, issues, sells, or attempts or causes the same, or with like intent possesses, within the United States; or

(3)
utilizes interstate or foreign commerce, including the use of the mails or wire, radio, or other electronic communication, to transmit, transport, ship, move, transfer, or attempts or causes the same, to, from, or through the United States,

any false or fictitious instrument, document, or other item appearing, representing, purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, or an organization, shall be guilty of a class B felony.

(b)
For purposes of this section, any term used in this section that is defined in section 513(c) has the same meaning given such term in section 513(c).

(c)
The United States Secret Service, in addition to any other agency having such authority, shall have authority to investigate offenses under this section.

## 18 U.S. Code § 641 - Public money, property or records

Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or

Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted—

Shall be fined under this title or imprisoned not more than ten years, or both; but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

## 18 U.S. Code § 1001 - Statements or entries generally

(a)Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1)

falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3)

makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

## 18 U.S. Code § 1005 - Bank entries, reports and transactions.

Whoever, being an officer, director, agent or employee of any Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch or agency of a foreign bank, or organization operating under section 25 or section 25(a) [1] of the Federal Reserve Act, without authority from the directors of such bank, branch, agency, or organization or company, issues or puts in circulation any notes of such bank, branch, agency, or organization or company; or

Whoever, without such authority, makes, draws, issues, puts forth, or assigns any certificate of deposit, draft, order, bill of exchange, acceptance, note, debenture, bond, or other obligation, or mortgage, judgment or decree; or

Whoever makes any false entry in any book, report, or statement of such bank, company, branch, agency, or organization with intent to injure or defraud such bank, company, branch, agency, or organization, or any other company, body politic or corporate, or any

individual person, or to deceive any officer of such bank, company, branch, agency, or organization, or the Comptroller of the Currency, or the Federal Deposit Insurance Corporation, or any agent or examiner appointed to examine the affairs of such bank, company, branch, agency, or organization, or the Board of Governors of the Federal Reserve System; or

Whoever with intent to defraud the United States or any agency thereof, or any financial institution referred to in this section, participates or shares in or receives (directly or indirectly) any money, profit, property, or benefits through any transaction, loan, commission, contract, or any other act of any such financial institution—

Shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

As used in this section, the term "national bank" is synonymous with "national banking association"; "member bank" means and includes any national bank, state bank, or bank or trust company, which has become a member of one of the Federal Reserve banks; "insured bank" includes any state bank, banking association, trust company, savings bank, or other banking institution, the deposits of which are insured by the Federal Deposit Insurance Corporation; and the term "branch or agency of a foreign bank" means a branch or agency described in section 20(9) of this title. For purposes of this section, the term "depository institution holding company" has the meaning given such term in section 3(w)(1) of the Federal Deposit Insurance Act.


## 18 U.S. Code § 1006 – Federal credit institution entries, reports and transactions

Whoever, being an officer, agent or employee of or connected in any capacity with the Federal Deposit Insurance Corporation, National Credit Union Administration, any Federal home loan bank, the Federal Housing Finance Agency, Farm Credit Administration, Department of Housing and Urban Development, Federal Crop Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home Administration or successor agency, the Rural Development Administration or successor agency, or the Farm Credit System Insurance Corporation, a Farm Credit Bank, a bank for cooperatives or any lending, mortgage, insurance, credit or savings and loan corporation or association authorized or acting under the laws of the United States or any institution, other than an insured bank (as defined in section 656), the accounts of which are insured by the Federal Deposit Insurance Corporation, or by the National Credit Union Administration Board or any small business investment company, with intent to defraud any such institution or any other company, body politic or corporate, or any individual, or to deceive any officer, auditor, examiner or agent of any such institution or of department or agency of the United States, makes any false entry in any book, report or statement of or to any such institution, or without being duly authorized, draws any order or bill of exchange, makes any acceptance, or issues, puts forth or assigns any note, debenture, bond or other obligation, or draft, bill of exchange, mortgage, judgment, or decree, or, with intent to defraud the United States or any agency thereof, or any corporation, institution, or association referred to in this section, participates or shares in or receives directly or indirectly any money, profit, property, or benefits through any transaction, loan, commission, contract, or any other act of any such corporation, institution, or association, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

## STATEMENT OF CLAIM

   I, Andrew Grant, Petitioner, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Petitioner do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

That I, Andrew Grant, have personal knowledge on this matter , due to the Defendant's failure to provide documented evidence that DEFENDANT is the **Holder in Due Course,** I have conducted a Securitization Audit, which shows that the defendants, are committing fraud in the highest degree, no evidence was presented to prove that MERS or U.S Bank,N.A., are the real party in interest, a mortgage without a Note is a nullity and is not enforceable : Bank of Miami Beach v. Fid. & Cas. Co. of N.Y., 239 So.2d 97; the Defendants claim is Fraud in factum.

I, Andrew Grant, requested conformation from MERS the following employee's, who are claiming to be Assistant Secretaries of MERS, that assigned my mortgage, I am also requesting physical proof that theses employees are legally empowered to sign these assignments, at the time of each assignments. To date the F.O.I.A, request was dishonored, the defendants failed to comply with Federal Laws and Regulations.

1. The July 13, 2007 Instrument: 3007.361370 Official Records, County of Kings, State of New York, Assignments of Mortgage to US Bank, N.A., signed by Derrick Layton as Assistant Secretary of MERS as nominee for Mortgage Lenders Network USA.

2. The December 6, 2011 Instrument: 2011.424247, Official Records, County of Kings, State of New York, corrective Assignment of Mortgage to US Bank, N.A. as Trustee for RASC 2006-EMX7, signed by Kate Johnson as Assistant Secretary of MERS as Nominee for Mortgage Lenders Network USA, Inc.

3. The June 11, 2014 Instrument: 2014.200894 Official Records, County of Kings, State of New York corrective Assignment of Mortgage US Bank, N.A. as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX7, signed by Carla M. Naughton as Assistant Secretary of MERS as nominee for Mortgage Lendres Network USA, Inc.

Title 42 US Code Sec. 1983, Sec. 1985, & Sec. 1986:
Clearly established the right to sue anyone who violates your constitutional rights. The Constitution guarantees: he who would unlawfully jeopardize your property loses property to you, and that's what justice is all about.

6

## **Relief**

WHEREFORE, it is respectfully requested that the monetary of Five Million Dollars ($5,000,000.00), and all mortgage(s), cleared on the grounds of fraudulent concealment sought by I, Andrew Grant, be granted in it's entirely, together with such other and further relief as this court deems proper and just.

Ordered that the relief is Granted.

_____ Honorable:

L.S _____

Andrew Grant, Creditor

Date: _10 / 16 / 2017_____

**JURAT**

State of __New York_____ )

County of __Kings_____ ) ss.

The above named Libelant, Andrew Grant, Executive Trustee for ANDREW GRANT, appeared before me, a Notary, subscribed, sworn to the truth of this contractual **AFFIDAVIT IN SUPPORT**.

Under oath this __16th__day of __Oct._____, A.D.2017.

Chukwuma I. Oka

Notary name PRINTED

_____    _____

Notary Signature        Seal/Stamp

Brooklyn New York    06/24/2018

Notary City and State

My commission expires

**CHUKWUMA I. OKA**
Notary Public, State of New York
No. 01OK5062096
Qualified in Kings County
Commission Expires 06/24/2018

6

## A FREEDOM OF INFORMATION ACT REQUEST LETTER
## NOTICE AND DEMAND FOR FULL DISCLOSURE
## COMMERCIAL AFFIDAVIT

**Authorized Representative:**
**Andrew Grant**
**The People of The Republic of New York**
**c/o 200 Shepherd Avenue**
**Brooklyn, New York a republic [near 11208]**
**Real Land North America**


TO:    **MERS CORP HOLDING, INC**            **MIN NO. 1002610-5100004474-8**
       **1901 EAST VOORHEES ST**
       **DANVILLE, IL 61834**

**Re: Freedom of Information Act Demand, 5 U.S.C. Sub. Section 552,**
     **Public Law No. 110-175, 121 Stat. 2524, and Public Law No. 111-83, Sub section 564**
     **123 Stat. 2142, 2184.**

**Notice to the Principal is Notice to the Agent and**
**Notice to the Agent is Notice to the Principal.**


         **Dear:**
                 **This is a Demand under the Freedom of Information Act.**

**It has come to the Borrower's attention, after checking the records for the Loan, that there appears to be a material omission in the Loan agreement concerning the deposit and disposition of the Borrower's Promissory note during the execution of the Loan.**

**Pursuant to Federal and State laws and regulations, that I, Andrew Grant is hereby giving the MERS Notice and Demand for Full Disclosure of the terms and execution of the assignments. Please mail to me, certified and verified copies, or schedule an opportunity for the Borrower or his CPA to make a physical inspection of the following documents within ten (10) days of the receipt of this Notice.**

**I, Andrew Grant, am requesting conformation of the following employee's, who are claiming to be Assistant Secretaries of MERS, that assigned my mortgage, I am also requesting physical proof that theses employees are legally empowered to sign these assignments, at the time of each assignments.**

1.  **The July 13, 2007 Instrument: 3007.361370 Official Records, County of Kings, State of New York, Assignments of Mortgage to US Bank, N.A.**, signed by Derrick Layton as Assistant Secretary of MERS as nominee for Mortgage Lenders Network USA.

2.  **The December 6, 2011 Instrument: 2011.424247, Official Records, County of Kings, State of New York, corrective Assignment of Mortgage to US Bank, N.A. as Trustee for RASC 2006-**

1

**EMX7,** signed by Kate Johnson as Assistant Secretary of MERS as Nominee for Mortgage Lenders Network USA, Inc.

3. **The June 11, 2014 Instrument: 2014.200894 Official Records, County of Kings, State of New York corrective Assignment of Mortgage US Bank, N.A. as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX7,** signed by Carla M. Naughton as Assistant Secretary of MERS as nominee for *Mortgage Lendres Network USA, Inc.*

This is my good faith attempt to clear up any confusion in this matter before taking any further actions. Failure to respond within ten (10) days of receipt will be deemed a dishonor of this FOIA/Notice and Demand for Full Disclosure.

Fair Debt Collection Practices Act (Public Law 104-208, 110Stat.3009 (sept 30 1996) Section 809.
Truth in Lending Act: Regulation Z-Full Disclosure.
RESPA-Real Estate Settlement Procedures Act.

<u>Be advised, I will not accept telephone calls. Only respond in writing with an officer of your corporation signing your presentment.</u>

<u>Plain Statement about the fact</u>

<u>For resolving a matter it must be expressed; (b) In Commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit form; (d) An unrebutted Affidavit stands as Truth in Commerce; (e) An Unrebutted Affidavit after thirty (30) days becomes the judgment in Commerce; (f) A Truth Affidavit can only be satisfied by a Truth Affidavit rebuttal, by payment, by agreement, by resolution, by jury according by the rules for Common Law.</u>

<u>COMMERCIAL AFFIDAVIT</u>
<u>AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND</u>
<u>FAIR NOTICE AND WARNING OF COMMERCIAL GRACE</u>

Andrew Grant, Creditor

Date: 7/24/2017

2

## JURAT

State of _New York_ )

County of _Kings_ ) ss.

The above named Libelant, Andrew Grant, Executive Trustee for ANDREW GRANT, appeared before me, a Notary, subscribed, sworn to the truth of this contractual **COMMERCIAL AFFIDAVIT, FREEDOM OF INFORMATION ACT**.

Under oath this _24th_ day of _July_ , A.D.2017.

_Chukwuma I. Oka_

Notary name PRINTED

_Brooklyn New York_

Notary City and State

Notary Signature        Seal/Stamp

_06/24/2018_

My commission expires

CHUKWUMA I. OKA
Notary Public, State of New York
No. 01OK5062096
Qualified in Kings County
Commission Expires 06/24/2018

3

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TO: MERS CORP. Holding INC
1901 EAST VOORHEES ST.
DANVILLE, IL 61834

9590 9402 2854 7069 7368 76

2. Article Number *(Transfer from service label)*

7016 1370 0000 7355 7725

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature: Mark E Becker ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*: Mark E [illegible]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

DANVILLE IL SEP - 1 2017 USPS - 61834

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DANVILLE, IL 61834
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.19 |
| Total Postage and Fees | $7.29 |

0056
31

Postmark Here

08/29/2017

Sent To: MERS CORP. Holding INC.
Street and Apt. No., or PO Box No.: 1901 EAST VOORHEES ST.
City, State, ZIP+4®: DANVILLE, IL 61834

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 7355 7725

